UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

John Jeffries, et al.,

    Plaintiffs,

        v.

OUR CIVIL NUMBER: 1:21cv184

Your Case Number: A2100633

City of Cincinnati, et al.,

    Defendants.

## NOTICE

TO THE CLERK OF: <u>HAMILTON COUNTY COURT OF COMMON PLEAS</u>

Effective March 7, 2024, this case is hereby **REMANDED** to your Court for further proceedings.

A certified copy of the order of remand is enclosed for your records.

        RICHARD W. NAGEL, CLERK

        By: s/Krista K. Zeller
        Courtroom Deputy

Dated: 3/7/2024