**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

John Jeffries, et al.,

    Plaintiffs,

          v.                      Case No. 1:21cv184

City of Cincinnati, et al.,

    Defendants.

## JUDGMENT IN A CIVIL CASE

[ ]     **JURY VERDICT**: This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[ ]     **DECISION BY COURT**: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X]     **DECISION BY COURT**: This action was decided by the Court without a trial or hearing.

**IT IS ORDERED AND ADJUDGED**: The Court granted the motion to dismiss (Doc. 4) in part. Plaintiffs' federal equal protection claim was dismissed pursuant to Rule 12(b)(6), and the remaining claims were remaned to the Hamilton County Court of Common Pleas.

Date: March 7, 2024                       Richard W. Nagel, Clerk
                                                      Clerk

                                        By:    *s/ Krista Zeller*
                                                         Deputy Clerk